

Sarir Z. Silver

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 259 6426
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6414
sarir.silver@akerman.com

November 18, 2019

**VIA ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007-1312

Re: **Diaz v. Painful Pleasures
No. 19 Civ. 8504 (PGG)(SLC)**

Dear Judge Cave:

We represent defendant Painful Pleasures, LLC ("Defendant") in the above-captioned matter and write, jointly with counsel for Plaintiff Edwin Diaz ("Plaintiff"), to update the Court on the status of the parties' settlement negotiations and to request a 30-day stay of all deadlines in this case to allow these negotiations to continue.  The parties have begun negotiations in good faith and are optimistic that this matter can be resolved without the need for further intervention from the Court. Accordingly, we jointly request a 30-day stay of all deadlines to provide the parties the opportunity to achieve this goal.

Thank you for your consideration of this matter.

Respectfully Submitted,

*/s/ Sarir Z. Silver*

Sarir Z. Silver

cc: Joseph Mizrahi, Esq.

---

The request for a 30 day stay pending settlement discussions is GRANTED.

If the parties have not already filed a Joint Stipulation of Discontinuance, they shall submit a joint status report of the settlement negotiations by **December 18, 2019.**

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 14.

SO ORDERED                              11/19/19

SARAH L. CAVE
United States Magistrate Judge