

Sarir Z. Silver

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 259 6426
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6414
sarir.silver@akerman.com

January 21, 2020

**VIA ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007-1312

Re:  **Diaz v. Painful Pleasures
No. 19 Civ. 8504 (PGG)(SLC)**

Dear Judge Cave:

We represent defendant Painful Pleasures, LLC ("Defendant") in the above-captioned matter and write, jointly with counsel for Plaintiff Edwin Diaz ("Plaintiff"), to inform the Court that the parties have reached a settlement in principle, subject to a written settlement agreement. To that end, the parties respectfully request that all deadlines and conferences remain suspended or, in the alternative, a conditional order of dismissal be entered subject to reopening in thirty days.

Thank you for your consideration of this matter.

Respectfully Submitted,

*/s/ Sarir Z. Silver*

Sarir Z. Silver


cc: Joseph Mizrahi, Esq.

---

The requested stay sine die of discovery deadlines and conferences pending settlement is GRANTED.  By **February 20, 2020** the parties shall file a Notice of Voluntary Dismissal or submit a status report on the progress of settlement.

The Clerk of Court is respectfully directed to terminate all discovery deadlines and conferences, and to close the Letter-Motion at ECF No. 18.

SO ORDERED           1/21/2020

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge

akerman.com