

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

March 5, 2020

**VIA ECF**
Honorable Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Diaz v. Painful Pleasures, LLC; Case No: 1:19-cv-08504-PGG-SLC</u>

Dear Judge Sarah L. Cave,

This firm represents Plaintiff Edwin Diaz. Defendant Painful Pleasures, LLC is represented by Sarir Z. Silver of Akerman LLP.

As per the Court's February 21, 2020 Order, the parties were granted until March 6, 2020 in which to restore the case to the court's calendar. It is now March 5, 2020, and the parties have exchanged drafts of the relevant settlement documents and are working out the final language. At this time, Counsel for the parties respectfully request an additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal.

We thank the Court for its attention to this matter.

> The requested extension of time until **April 6, 2020** to finalize the settlement agreement and submit a Stipulation of Dismissal is GRANTED.
>
> The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 22.
>
> SO ORDERED          3/9/2020
>
> _signature_
> SARAH L. CAVE
> United States Magistrate Judge

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

/S/ Sarir Zandi Silver
Sarir Zandi Silver, Esq.