IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EDWIN DIAZ

                         Plaintiff,

     against

PAINFUL PLEASURES, LLC,

                         Defendant.

CIVIL ACTION NO.: 19 Civ. 8504 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Per the Court's Order at ECF No. 23, by April 6, 2020 the parties were to submit a stipulation of dismissal. The parties did not do so, and are hereby ORDERED to submit a joint letter on the status of settlement negotiations or a stipulation of dismissal by **April 17, 2020**.

Dated:     New York, New York
           April 10, 2020

                                        SO ORDERED

                                        _Sarah L. Cave_
                                        SARAH L. CAVE
                                        United States Magistrate Judge